

**SIGNED THIS 16th day of January, 2024**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

In re: Levi Nathaniel Anderson )
      Lena Katherine Anderson

)  **Case No: 23-61138**
)  **Chapter 13**
Debtor(s).  )

## ORDER CONTINUING MATTER(S)

This matter is before the Court on:

☒    Confirmation of the debtor's (hereinafter, either singularly or collectively, the "debtor") proposed Chapter 13 plan, or approval of any modifications thereto, and any objections thereto;

☒    The trustee's motion to dismiss, related response and any related application for fees;

☐    A motion for relief filed by _____ and any responses thereto;

☐    Other pleading: _____

For cause, it is hereby **ORDERED**:

1. ☒    The hearing on the above referenced matters is:

☒(a)  **CONTINUED** to **Thursday, February 15, 2024** at 9:30 AM.

☐(b)  **CONTINUED** to the same date and time as any hearing on the modified plan to be filed as required in paragraph 6 below.

Regardless of either option selected above, if any pleading seeks to extend, impose, lift or modify the automatic stay and is continued by the terms of this Order, then the automatic stay shall also remain in effect through the continued hearing date as set forth herein.
**LOCATION:  The hearing shall be held:**
**via ZOOM (Judge Rebecca B. Connelly) zoomgov.com MEETING ID 160 369 2643**

1

2. ☐ At any continued hearing related to confirmation of the plan, approval of a modified plan, or motion to dismiss, upon cause shown by any party, the court may dismiss the case.

3. ☐ The trustee must receive a payment of $_____ such that the amount must post to the trustee's account on or before _____. If the trustee does not timely receive the payment, then:

    a. ☐ Upon the trustee's certification, the debtor shall have fourteen (14) days to file a response, and if one is filed it shall be heard at the continued date and time provided in paragraph one, however, if no response is filed within fourteen (14) days, then the case shall be dismissed.

    b. ☐ Upon the trustee's certification, the case shall be dismissed without further notice or hearing.

4. ☐ Counsel for the debtor shall submit a wage deduction order to the court no later than _____ or the debtor shall appear at the continued hearing date to show cause why no wage deduction order should be entered.

5. ☐ Should the trustee be prepared to recommend confirmation, a confirmation order may be submitted for entry prior to the continued hearing provided that the confirmation order is endorsed by every party having filed an objection to confirmation.

6. ☐ Confirmation of the debtor's existing Chapter 13 plan is **DENIED**. The debtor shall have until to file a modified plan. Upon failure to do so, or to request an extension of time prior to the due date for the modified plan, this case shall be dismissed without further notice or hearing.

    Should a modified plan be timely filed, counsel shall serve it in accord with existing procedures and orders of this Court.

7. ☒ Other provisions: By 1/26/2024, Debtor will provide Trustee with statements which include the filing date for all bank accounts.

This Order shall be provided electronically via CM/ECF upon all parties who filed the pleadings, responses or appearances. Debtor's counsel shall provide the Debtor with a copy of this Order via first class mail, postage prepaid. If a party appearing in any of the matters referenced above is not registered for CM/ECF or appears pro se, then Debtor's counsel shall ensure a copy of the Order is mailed first class mail, postage prepaid.

**END OF ORDER**

We consent:

/s/ Angela Scolforo, Trustee  
Chapter 13 Trustee

/s/ Jennifer M. Wagoner  
Debtor's counsel

(if applicable):  
_____  
Counsel for:

Phone number  
Email address